UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                              Chapter 7

Robert Abrahamsen,                                                      Case No. 8-16-74128-las

                Debtor.
-------------------------------------------------------------x
Robert Abrahamsen,

                                                                Adv. Proc. No. 8-17-08180-las

                Plaintiff,

        v.

Craig Scott Taddonio,

                Defendant.
----------------------------------------------------------------x

**ORDER TO SHOW CAUSE**

This adversary proceeding was commenced on May 31, 2017 by the filing of a complaint [Adv. Dkt. No. 1]. The summons was issued on May 31, 2017 [Adv. Dkt. No. 2]. Amended complaint was filed on June 2, 2017 [Adv. Dkt. No. 6]. Supplemental summons was issued on August 8, 2017 [Adv. Dkt. No. 8]. Second supplemental summons was issued on September 27, 2017 [Adv. Dkt. No. 13]. Plaintiff has failed to serve the summons and complaint on defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as made applicable by Rule 7004 of the Federal Rules of Bankruptcy Procedure, and the time to serve the complaint has expired.

Accordingly, plaintiff shall appear and show cause before the undersigned Bankruptcy Judge, at Courtroom 970, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza,

Central Islip, New York 11722, **October 19, 2017 at 10 a.m.** why an order should not be issued dismissing this adversary proceeding for failure to prosecute.

**SO ORDERED.**



Dated: October 2, 2017
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**